| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:07cv429-wha |
|---|---|
| DEFENDANT<br>$153,290 DOLLARS & $3,880 DOLLARS IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>COMPLAINT and WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

RAUL GARNICA

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

6118 ST. ANDREWS DRIVE - PASADENA, TEXAS 77505

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

07-DEA-477293 +
07-DEA-477347

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280   DATE: 5/15/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No. ___   District of Origin No. ___   District to Serve No. 79

Signature of Authorized USMS Deputy or Clerk: Karen A. Chavers   Date: 5/17/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

RETURNED AND FILED
SEP 13 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Date of Service: 9/6/07   Time: 12:10 pm

Signature of U.S. Marshal or Deputy: William Brock

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | 8.00 | | | |

REMARKS:  5/18/07 FWD to S/TX for service
6/11/07 endeavored to serve process
7/10/07 endeavored to serve process no one home left message
7/25/07 endeavored to serve process no one home left message

PRIOR EDITIONS MAY BE USED                                          FORM USM 285 (Rev. 12/15/80)