IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv429-WHA |
| ) | |
| ONE HUNDRED FIFTY THREE ) | |
| THOUSAND TWO HUNDRED NINETY ) | |
| ($153,290) DOLLARS IN UNITED ) | |
| STATES CURRENCY; and, ) | |
| ) | |
| THREE THOUSAND EIGHT HUNDRED ) | |
| EIGHTY ($3,880)DOLLARS IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| DEFENDANTS. ) | |

**ENTRY OF DEFAULT**

It appearing that Rene Garnica was personally served copies of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem by the United States Marshals Service on June 14, 2007;

It appearing that Raul Garnica was personally served copies of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem by the United States Marshals Service on October 29, 2007;

Rene Garnica has failed to plead or otherwise defend as required by law.

Raul Garnica has failed to plea or otherwise defend as required by law.

DEFAULT hereby is entered against said **Rene Garnica and Raul Garnica** and all other persons and entities having an interest in the Defendant currency this 13th day of December, 2007.

/s/ Debra P. Hackett
_____
CLERK, US DISTRICT COURT